IN THE UNITES STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA** * <br> **Plaintiff** * <br> * <br> vs. * <br> * <br> **YALEXIS FERNANDEZ-GARCIA** * <br> **Defendant** * <br> * | **CRIMINAL NO. 19-0604 (PAD)** <br> **Defendant No. 19** |

* * * * * * * * * * * * * * * * * * * * * * * **

## MOTION IN COMPLIANCE WITH COURT ORDER

TO THE HONORABLE COURT:

COMES NOW, Defendant Yalexis Fernández-García, through the undersigned counsel and before this Honorable Court, respectfully, states and preys as follows:

1. That on Tuesday, December 3, 2019 at 9:00 a.m. the Arraignment/Bail Hearing conference was supposed to take place in the above captioned case and the undersigned attorney was not present.

2. Upon review of the above captioned case the Arraignment/Bail Hearing conference had been set originally for December 4, 2019 at 1:30 pm and reschedule for the above date.

3. The undersigned attorney had been experiencing trouble with the office's email and computer systems and did not have said status conference on calendar.

4. That had the undersigned attorney became aware that a status conference was rescheduled for December 3rd, would had been present and ready to proceed.

5. That the undersigned attorney has taken the necessary corrective action in order to avoid this from happening again.

6. That the undersigned attorney had no intention and regrets causing any delays or problems to the court and sincerely apologized for any inconvenience.

**WHEREFORE**, it is hereby very respectfully requested that this court accept our apology.

**RESPECTFULLY SUBMITTED** this December 4, 2019.

**I HEREBY CERTIFY** that on this same date this motion has been filed with the Clerk of the Court using the CM/ECF system, which will forward copies to all concerned.

| | |
|---|---|
| **FÉLIX A. LIZASUAÍN-MARTINEZ** | /s/FÉLIX A. LIZASUAÍN- MARTÍNEZ |
| P.O. Box 3274 | **FÉLIX A. LIZASUAÍN-MARTINEZ, ESQ.** |
| Guayama, P.R. 00785-3274 | **USDC-PR NO. 231411** |
| Tel. (787)539-0700 | **Attorney for defendant** |
| Fax (787) 848-7566 | **Mr. Yalexis Fernández-García** |
| Email 1:lcdolizasuain@hotmail.com | |
| Email 2: falm80@hotmail.com | |